962 F.2d 996
 34 ERC 1752
 The STATE OF OKLAHOMA, Oklahoma Scenic Rivers Commission and
Pollution Control Coordinating Board, Save the Illinois
River (STIR), a non-profit corporation of the State of
Oklahoma, City of Fayetteville, Arkansas, the Beaver Water
District, State of Arkansas, Arkansas Department of
Pollution Control and Ecology, Petitioners,
v.
ENVIRONMENTAL PROTECTION AGENCY, Respondent,
Oklahoma Wildlife Federation, Intervenor.
 Nos. 89-9503, 89-9507 and 89-9516.
 United States Court of Appeals,
Tenth Circuit.
 April 27, 1992.
 
 On reversal from the United States Supreme Court (Supreme Court Nos. 90-1262 and 90-1266).
 Before ANDERSON and BRORBY, Circuit Judges, and THEIS,* District Judge.
 BRORBY, Circuit Judge.
 
 
 1
 We originally decided this case in an opinion found at 908 F.2d 595 (10th Cir.1990), in which this court construed the Clean Water Act as prohibiting any discharge of effluent that would reach waters already in violation of existing water quality standards.
 
 
 2
 The Supreme Court granted certiorari and in an opinion issued February 26, 1992, reversed the decision of this court. --- U.S. ----, 112 S.Ct. 1046, 117 L.Ed.2d 239 (1992).
 
 
 3
 We therefore AFFIRM the decision of the Environmental Protection Agency and REMAND this case to the Environmental Protection Agency.
 
 
 
 *
 The Honorable Frank G. Theis, Senior United States District Judge for the District of Kansas, sitting by designation